UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER TOYS UK LIMITED,<br><br>Plaintiffs,<br><br>-v-<br><br>CHAKARUNA4169, CHAMITLASITH-0, DILSHS-32, DUBAN33, GANUMADU0, KORELEC-49, KVIN_PARAMART, LIJIANDSA11, LININGX1195, LIYALNAGE, NKBUISNESS, QUEENSONLINESTORE, RAJITHALAKRUWAN, RAN_EXPORTS21, SHESI_55, SITHUM_MALLLK, SMARTHUB_STORE, SUISFENGX77, SUMRATHN-19, YASHITH_45, and ZHOU9982,<br><br>Defendants. | 22 Civ. 553 (JPC)<br><br>UNSEALING ORDER |

JOHN P. CRONAN, United States District Judge:

The Court orders that this case be unsealed and for Records Management to upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 4th day of February, 2022, at 11:40 a.m.
New York, New York

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

1