UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SPIN MASTER LTD., *et al.*,                                            :
                                                                       :
                            Plaintiffs,                                :
                                                                       :   22 Civ. 553 (JPC)
            -v-                                                        :
                                                                       :   ORDER
CHAKARUNA4169, *et. al.*,                                              :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiffs filed their Complaint in this action on January 21, 2022.  Dkt. 7.  Plaintiffs served Defendants with the Complaint on January 30, 2022, making their answer due February 22, 2022.  Dkt. 19.  To date, none of the Defendants have appeared in this action or answered the Complaint.

      By April 21, 2022, Plaintiffs shall file a letter updating the Court on the status of this case.  That letter should also detail whether Plaintiffs intend to move for default judgment.

      SO ORDERED.

Dated: April 14, 2022  
      New York, New York

                                      JOHN P. CRONAN  
                                 United States District Judge