UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SPIN MASTER LTD. and SPIN MASTER TOYS UK                               :
LIMITED,                                                               :
                                                                       :
                              Plaintiffs,                              :     22 Civ. 553 (JPC)
                                                                       :
          -v-                                                          :     ORDER
                                                                       :
CHAKARUNA4169, CHAMITLASITH-0, DILSHS-32,                              :
DUBAN33, GANUMADU0, KORELEC-49,                                        :
KVIN_PARAMART, LIJIANDSA11, LININGX1195,                               :
LIYALNAGE, NKBUISNESS,                                                 :
QUEENSONLINESTORE, RAJITHALAKRUWAN,                                    :
RAN_EXPORTS21, SHESI_55, SITHUM_MALLLK,                                :
SMARTHUB_STORE, SUISFENGX77, SUMRATHN-                                 :
19, YASHITH_45, and ZHOU9982,                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 27, 2022, the Court directed Plaintiffs to file supplemental briefing "explaining whether Plaintiffs properly served Defendants with the summons and Complaint by email under Federal Rule of Civil Procedure 4(f)," given Judge Gregory H. Woods's recent decision in *Smart Study Co., Ltd. v. Acuteye-Us*, No. 21 Civ. 5860 (GHW), 2022 WL 2872297, at *6-13 (S.D.N.Y. July 21, 2022). Dkt. 40. Because the validity of service via email on a defendant residing in China is currently pending before the Second Circuit on interlocutory appeal, *see* Notice of Interlocutory Appeal, *Smart Study Co. Ltd. v. Acuteye-Us*, No. 21 Civ. 5860 (GHW) (S.D.N.Y. Aug. 18, 2022), ECF. No. 2, Plaintiffs should inform the Court by December 19, 2022 of their views as to whether the Court should stay default judgment proceedings in this case pending resolution of this issue. *See Allstar Marketing Group, LLC v. akrondh*, No. 21 Civ. 3621 (JPO), 2022 WL 17324939, at *1 (S.D.N.Y. Nov. 29, 2022).

SO ORDERED.

Dated: December 15, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge