```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SPIN MASTER LTD. et al.                                                :
                                                                       :
                              Plaintiffs,                              :
                                                                       :   22 Civ. 553 (JPC)
              -v-                                                      :
                                                                       :   ORDER
CHAKARUNA4169, et al.                                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 22, 2022, the Court stayed this case pending the outcome of the appeal in *Smart Study Co. v. Acuteye-Us*, No. 21 Civ. 5860 (GHW), 2022 WL 2872297 (S.D.N.Y. July 21, 2022), which was then pending before the Second Circuit. On May 3, 2023, the Second Circuit dismissed that appeal for lack of jurisdiction. *Smart Study Co., Ltd. v. HAPPY PARTY-001*, No. 22-1810 Civ., 2023 WL 3220461 (2d Cir. May 3, 2023). The stay in this case is therefore lifted.

By May 26, 2023, Plaintiffs shall inform the Court, via sworn declaration, whether they have sought addresses for Defendants via discovery from any Third Party Service Provider, as defined in the Court's preliminary injunction order, Dkt. 6, or from any other party, as well as whether those addresses were obtained. If such addresses were obtained, Plaintiffs should also inform the Court of any further efforts undertaken to verify those addresses and the results of those efforts.

SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                                       _____
                                                             JOHN P. CRONAN
                                                       United States District Judge