

June 29, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

The request is granted.  Plaintiffs shall file their supplemental brief by July 7, 2023.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 58.

SO ORDERED.
Date: June 29, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

      Re:    *Spin Master Ltd., et al. v. chakaruna4169, et al.,*
             Civil Case No. 22-cv-553
             <u>Letter Request for Extension of Deadline to File Supplemental Brief</u>

Dear Judge Cronan,

      We represent Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs") in the above-referenced matter (the "Action").[1] On June 1, 2023, the Court entered an Order, *inter alia*, directing Plaintiffs file an amended supplemental brief by July 1, 2023 ("Supplemental Brief"). (Dkt. 56).  For the reasons set forth herein, Plaintiffs respectfully request a short extension of time to file their Supplemental Brief, until July 7, 2023.  In accordance with Your Honor's Individual Rules of Practice, Plaintiffs respectfully submit the following:

1. **<u>The original date(s) set for the appearance or deadline(s) and the new date(s) requested:</u>** The original deadline for Plaintiffs to file the Supplemental Brief is July 1, 2023, Plaintiffs respectfully request a short extension, to July 7, 2023;
2. **<u>The reason(s) for the request:</u>** Plaintiffs respectfully request additional time as we are still in the process of investigating Defendants' addresses and need additional time to determine whether we can confirm the accuracy of such addresses.
3. **<u>Number of previous requests for adjournment or extension:</u>** None, this is Plaintiffs' first request for an extension of time to file their Supplemental Brief;
4. **<u>Whether these previous requests were granted or denied:</u>** N/A;
5. **<u>Whether opposing counsel consents:</u>** All of the Defendants remaining in this Action are currently in default and thus Plaintiffs did not seek their consent.

      We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Danielle S. Futterman
Danielle S. Futterman
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and*
*Spin Master Toys UK Limited*

